EVERETT MacKINSTRY, Respondent, *v.* EMMA CONDIT SMITH, Appellant.

APPEAL from judgment in favor of the plaintiff.

*Alexander Thain*, for appellant.

*Leonidas Dennis*, for respondent.

*Per Curiam.*    Judgment affirmed, with costs.

Present : FITZSIMONS, CONLAN and BOTTY, JJ.
Judgment affirmed, with costs.

---

HENRY SUDMEIER, Respondent, *v.* HENRY MAHLSTADT, Appellant.

APPEAL from order.

*John Fennel*, for appellant.

*Edward F. Hassey*, for respondent.

McCARTHY, J.    Order affirmed, with costs.

FITZSIMONS, J., concurs.
Order affirmed, with costs.